**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Fernando PECH–SALAZAR,**
**Defendant–Appellant.**

**No. 08–10381.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed June 22, 2009.

Monte Cress Clausen, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Andrea L. Matheson, Esquire, Andrea L. Matheson Law Firm, Tucson, AZ, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Fernando Pech–Salazar appeals from the 70–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pech–Salazar contends that the district court procedurally erred by applying the U.S. Sentencing Guidelines in a presumptive manner, and by failing to consider the factors set forth in 18 U.S.C. § 3553(a) and explain the reasons for the sentence imposed. Pech–Salazar also contends that the sentence is substantively unreasonable. We conclude that the district court did not commit procedural error and that Pech–Salazar's sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007); *see also United States v. Carty*, 520 F.3d 984, 991–96 (9th Cir.2008) (en

---

* The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

banc); *United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.